IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50803
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

CHRISTOPHER MATTHEW LAMPRECHT,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CR-10-ALL
- - - - - - - - - -
August 14, 1997
Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     Christopher Matthew Lamprecht, # 61153-080, appeals the

district court's denial of his motion to proceed in forma

pauperis filed in connection with his motion for transcripts of

his sentencing hearings at Government expense.  Assuming arguendo

that the court has jurisdiction of this appeal, see United States

v. Miramontez, 995 F.2d 56, 58 (5th Cir. 1993), despite the lack

of a pending 28 U.S.C. § 2255 motion with which these motions

should have been filed, we hold that the appeal is moot.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Lamprecht received the relief he requested when the district court granted permission to appeal <u>in</u> <u>forma</u> <u>pauperis</u> and ordered the transcripts prepared, as Lamprecht recognized in his reply brief.

APPEAL DISMISSED.